```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 03189
   OSCAR DIAZ
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3136


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/01/2005 and was confirmed 04/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.99%.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
UNIVERSAL FINANCE          SECURED           8297.48              .00         8297.48
BENEFICIAL CREDIT          UNSECURED       NOT FILED              .00             .00
ECMC                       UNSECURED          1594.19             .00          175.19
ECAST SETTLEMENT CORP      UNSECURED         12651.88             .00         1390.29
WELLS FARGO FINANCIAL BA   UNSECURED          5688.66             .00          625.12
ECMC                       UNSECURED          1082.56             .00          118.96
ECAST SETTLEMENT CORP      UNSECURED          3870.46             .00          425.31
TIMOTHY K LIOU             DEBTOR ATTY       2,439.20                         2,439.20
TOM VAUGHN                 TRUSTEE                                              929.45
DEBTOR REFUND              REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                14,401.00

PRIORITY                                              .00
SECURED                                          8,297.48
UNSECURED                                        2,734.87
ADMINISTRATIVE                                   2,439.20
TRUSTEE COMPENSATION                               929.45
DEBTOR REFUND                                         .00
                       -------------       -------------
TOTALS                   14,401.00              14,401.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 03189 OSCAR DIAZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

 

PAGE   2
CASE NO. 05 B 03189 OSCAR DIAZ